■ DIANE MACKIE COHEN, Respondent, v JORDAN SERVICES, INC., et al., Appellants, et al., Defendant. [852 NYS2d 851]—

The plaintiff failed to conclusively establish that the evidence was willfully destroyed or discarded in order to frustrate her interests. Accordingly, the extreme sanction of preclusion is not warranted (*see Vaughn v City of New York,* 201 AD2d 556, 558 [1994]).

In view of our determination, we do not reach the parties' remaining contentions. Skelos, J.P., Fisher, Covello and Eng, JJ., concur.